UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| CLARK W. RICE, JR., | ) |
| | ) |
| | ) |
| v. | ) |
| | )  **Civil No. 07-39-P-S |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 12, 2007, his Recommended Decision (Docket No. 16). Plaintiff filed his Objection to the Recommended Decision (Docket No. 18) on October 29, 2007. The Defendant filed its response to Plaintiff's Objection (Docket No. 21) on November 13, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

  2.  It is hereby **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

                 /s/George Z. Singal_____
                 Chief U.S. District Judge

Dated: November 15, 2007